## Fidelity Mortgage Guarantee Co. *v.* Bobb et ux. (Rosenthal's Appeal).

OPINION BY MR. JUSTICE MAXEY, March 14, 1932:

The opinion and order filed in the case of the Fidelity Mortgage Guarantee Company, Appellant, v. Joseph Bobb and Annie Bobb, indexed to No. 311, January Term, 1931, covers all questions in this appeal indexed to No. 314, January Term, 1931, and the order in that case applies to this case also.